# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARVINE R. BOWEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV3116** |
| vs. ) | |
| ) | **ORDER** |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's unopposed motion for extension of time [15] is granted, as follows:

1. The Plaintiff shall file and serve a brief on or before November 28, 2007;

2. The Defendant shall file and serve a responsive brief on or before December 28, 2007; and

5. This case will be ripe for decision on January 2, 2008.

**DATED October 24, 2007.**

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    **United States Magistrate Judge**